UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBREN A. PIERCE,<br>　　　　Plaintiff,<br>　　v.<br>STATE OF CALIFORNIA, et al.,<br>　　　　Defendants. | Case No. 19-cv-03009-JST<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal, judgment in entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 17, 2019

_____
JON S. TIGAR
United States District Judge